# Court of Appeals
# of the State of Georgia

ATLANTA, August 09, 2018

*The Court of Appeals hereby passes the following order:*

**A18A2125.  SHIMELL BELL v. THE STATE.**

In 2016, Shimell Bell was convicted of child molestation and sentenced to thirty-five years with the first twenty-five to serve in confinement.  Bell's trial counsel filed a timely motion for new trial, which the trial court denied in February 2017.  In April 2018, Bell filed a pro se motion for an out-of-time appeal.  The trial court granted the motion and this appeal was then docketed in this Court.  However, because no notice of appeal appears in the record, this appeal is DISMISSED as having been improvidently docketed.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/09/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*